STATE OF CONNECTICUT *v.* CARL STEVE

The state's petition for certification for appeal from the Appellate Court, 11 Conn. App. 699, is granted, with limitation.

*Peter D. Markle,* assistant state's attorney, in support of the petition.

*Louis S. Avitabile,* in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* CARLTON WOODARD

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 499, is denied.

*John W. Watson,* assistant public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided Sepetember 23, 1987

RUTH E. GLENDENNING ET AL. *v.* CONSERVATION COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The defendant Christian J. Trefz's petition for certification for appeal from the Appellate Court, 12 Conn. App. 47, is dismissed.

*Albert L. Harlow,* in support of the petition.

*Allan R. Johnson* and *Linda M. Guliuzza,* in opposition.

Decided September 23, 1987